UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ONE SOURCE RECYCLING, INC., | ) | CASE NO. 09-72443 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FINAL APPLICATION FOR AWARD
OF PROFESSIONAL COMPENSATION AND EXPENSES**

Stephen G. Balsley and the law firm of Barrick, Switzer, Long, Balsley & Van Evera, attorneys for the Official Committee of Unsecured Creditors of One Source Recycling, Inc., has filed a Final Application for Award of Professional Compensation and Expenses in the sum of $2,375.00 with the Court in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 211 South Court Street, Room 110, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **October 26, 2011 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Room 115, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **October 26, 2011 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Room 115, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: October ___5___, 2011                        _____
                                                    STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on October __5__, 2011.

*Cindy M. Baan* (signature)

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 09-72443<br>Northern District of Illinois<br>Rockford<br>Wed Sep  7 15:14:28 CDT 2011 | Caterpillar Financial Services Corporation<br>2120 West End Avenue<br>11th Floor<br>Nashville, TN 37203-5251 | Ford Motor Credit Company LLC<br>C/O Steven L. Nelson<br>P.O. Box 3700<br>Rock Island, IL 61204-3700 |
| General Unsecured Creditors' Committee<br>c/o Attorney Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108-2579 | Gill's Freeport Disposal, Inc.<br>c/o Attorney Bradley T. Koch<br>Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL 61105-0589 | Hinshaw & Culbertson LLP<br>100 Park Avenue<br>P.O. Box 1389<br>Rockford, IL 61105-1389 |
| JPMorgan Chase Bank, NA<br>c/o Jamie S. Cassel, Esq.<br>Reno & Zahm LLP<br>2902 McFarland Road<br>Suite 400<br>Rockford, IL 61107-6801 | Maggio Truck Center, Inc.<br>C/O Joseph D. Olsen<br>Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104-2228 | Marengo Disposal Company<br>c/o Attorney Bradley T. Koch<br>Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL 61105-0589 |
| Nelson Trailer Rental & Repair<br>PO Box 305<br>Winnebago, IL 61088-0305 | Northern Illinois Disposal<br>c/o Attorney Bradley T. Koch<br>Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL 61105-0589 | One Source Recycling, Inc.<br>2131 Harlem Road<br>Loves Park, IL 61111-2751 |
| Reeds Mobile Equipment Repair<br>1210 Milford Avenue<br>Rockford, IL 61109-3638 | Republic Services of Wisconsin LP d/b/a Gree<br>c/o Jeffrey Orduno<br>McGreevy Williams P.C.<br>6735 Vistagreen Way<br>Rockford, IL 61107-5603 | Rock River Disposal Services, Inc.<br>Attn:  Bradley T. Koch<br>Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL 61105-0589 |
| Tredroc Tire Services<br>2450 Lunt Ave<br>Elk Grove Village, IL 60007-5612 | Winnebago Landfill Company, Inc.<br>c/o Attorney Bradley T. Koch<br>Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL 61105-0589 | Winnebago Reclamation Services, Inc.<br>c/o Attorney Bradley T. Koch<br>800 N. Church Street<br>Rockford, IL 61103-6919 |
| U.S. Bankruptcy Court<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101-1219 | All Pro Truck and Trailor Repair<br>3434 11th St<br>Rockford, IL 61109-2225 | AmerenIP<br>Illinois Power Co<br>Attn: Collections A-10<br>POB 2543<br>Decatur, IL 62525-2543 |
| Attorney Bradley T Koch<br>Winnebago Reclamation Services Inc<br>800 North Church Street<br>POB 589<br>Rockford IL 61105-0589 | Atty. Timothy Whitham<br>Schlueter Ecklund<br>Reeds Mobile Equipment Repair<br>4023 Charles St<br>Rockford, IL 61108-6135 | BL Duke Inc<br>2235 W 74th St<br>Chicago, IL 60636-3661 |
| Beth Arvai<br>One Applied Plaza<br>East 36th Street & Euclid Avenue<br>Cleveland OH 44115-2511 | Bulk Handling Systems<br>1040 Arrowsmith<br>Eugene, OR 97402-9121 | Bunch Distributing Inc<br>POB 15014<br>Loves Park, IL 61132-5014 |
| CNH Capital<br>POB 3038<br>Evansville, IN 47730-3038 | Caterpillar Financial Services Corp<br>% Statman Harris & Eyrich LLC<br>200 W Madison St  Ste 3820<br>Chicago, Il 60606-3465 | Centenario Trucking And Transport<br>344 Ozark Drive<br>Bolingbrook, IL 60440-1838 |

Central States Trucking Co
476 Thomas Dr
Bensenville, IL 60106-1619

City of Beloit
Atty. Thomas Casper
100 State St
Beloit, WI 53511-6234

Contract Transport Services Inc
POB 8235
Green Bay, WI 54308-8235

Corporate Services Inc.
208 Kishwaukee Street
Rockford, IL 61104-2037

Daniel Rubin
% Statman Harris & Eyrich LLC
Caterpillar Financial Services Corp
200 W Madison St Ste 3820
Chicago, IL 60606-3465

Davis Equipment Service Co
3008 Santa Fe Tr
Racine WI 53404-1442

Ecolab Inc
655 Lone Oak Dr Bldg A-1
Eagan, MN 55121-1649

Express America Inc.
405 W. 11th Street
Pecatonica, IL 61063-9174

Fastenal Co
2001 Theurer Blvd
POB 978
Winona, MN 55987-0978
Attn: Legal

FedEX Customer Information Services
Attn: Rev Recovery/Bankruptcy
3965 Airways Blvd Module G 3rd Floor
Memphis, TN 38116-5017

Fleet Lift Truck Service
POB 238
Roscoe, IL 61073-0238

Ford Motor Credit Company LLC
P O Box 6275
Dearborn, MI 48121-6275

G & E Four LLC
1301 Greenwood Avenue
Maywood, IL 60153-2334

G & E Four, LLC
13125 N. Second Street
Roscoe, IL 61073-8227

GMAC
P O Box 130424
Roseville, MN 55113-0004

Great Lakes Recycling Services Inc
6081 Tulip Lane
Grant Park, IL 60940-4419

Guardian Protection Services
174 Thorn Hill Rd
Warrendale, PA 15086-7528

Harris Silver & Sons Inc
POB 13
Belvidere, IL 61008-0013

Hinshaw & Culbertson LLP
c/o Thomas J. Lester
100 Park Avenue
Rockford, IL 61101-1099

International Paper CO
4049 Willow Lake Blvd
Memphis, TN 38118-7047

Iron Mountain
P.O. Box 27128
New York, NY 10087-7128

J & S Specialty Services Inc
9402 Baldwin Dr
Machesney Park, IL 61115-1764

JPMorgan Chase Bank, NA, f.k.a. Bank One, N.
c/o Jamie S. Cassel, Esq.
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107-6801

JWR Inc
POB 356
Johnson Creek, WI 53038-0356

Jacksons Welding Inc
122E Greenview Ave
Machesney Park, IL 61115-2383
attn: M Jackson

Jamie S Cassel
Reno & Zahm LLP
2902 McFarland Rd Ste 400
Rockford, IL 61107-6801

Kelley Williamson Co
1132 Harrison Ave
Rockford, IL 61104-7290

Kelley Williamson Company
P.O. Box 17082
Rockford, IL 61110-7082

Kelly Services Inc
999 W Big Beaver
Troy, MI 48084-4716

L & P Financial Services Co
Attn: Sandy Nordell
No 1 Leggett Rd
Carthage, MO 64836-9649

| | | |
|---|---|---|
| Lamp Recyclers Inc<br>3055 Holmgren Way<br>Green Bay, WI 54304-5717 | Leggett & Platt, Inc.<br>P.O. Box 952092 Main Post Office<br>St. Louis, MO 63195-2092 | MRS Industries Inc<br>Arco Machinery Movers<br>4999 Torque Road<br>Loves Park IL 61111-7168 |
| Maggio Truck Center, Inc.<br>4752 Baxter Road<br>Rockford, IL 61109-5252 | Michael & Donna Nelson<br>c/o Bernard Natale<br>6833 Stalter Dr Ste 201<br>Rockford, IL 61108-2582 | MidAmerican Energy Co<br>320 Leclaire t<br>Davenport, IA 52801 |
| Midwest Truck & Trailer Service Inc<br>POB 782<br>Roscoe, IL 61073-0782 | Mike & Donna Nelson<br>Martenson & Blair PC<br>1 Court Place<br>Rockford, IL 61101-1088 | Miller-Bradford & Risberg Inc<br>Attn: Bill Arold Treasurer<br>W250 N6851 Hwy 164<br>Sussex, WI 53089-5510 |
| Miller-Bradford & Risberg Inc.<br>P.O. Box 1451<br>Milwaukee, WI 53201-1451 | Motion Industries<br>POB 1477<br>Birmingham AL 35201-1477 | New Age Fastening Systems<br>P.O. Box 5658<br>Deptford, NJ 08096-0658 |
| OSR-Wisconsin<br>973 Haven Place<br>Hobart, WI 54313-5262 | One Source Recycling of Wisconsin, LLC<br>13125 N. Second Street<br>Roscoe, IL 61073-8227 | Paul Davis Restoration<br>6582 Revlon Drive<br>Belvidere, IL 61008-8532 |
| Racine Metals<br>447 Red Rock Dr<br>Lindenhurst, IL 60046-8807 | Racine Metals LLC<br>1505 High Sheet<br>Racine, WI 53404 | Racine Metals, LLC<br>Andrew R. Helminiak, Esq.<br>633 W. Wisconsin Ave., Suite 1800<br>Milwaukee WI 53203-1918 |
| Ramon Tellez<br>%Benjamin B Kelly<br>741 N Dearborn St<br>Chicago, IL 60654-4882 | Rapid Crane Services Inc<br>3114 Euclid Ave<br>Berwyn, IL 60402-3147 | Raritan Valley Recycling<br>P.O. Box 4010<br>Clinton, NJ 08809-4010 |
| Reed's Mobil Equipment Repair<br>1210 Milford Avenue<br>Rockford, IL 61109-3638 | Republic Services of Wisconsin<br>c/o Donald Q Manning<br>6735 Vistagreen Way<br>Rockford IL 61107-5653 | Republic Services of Wisconsin, LP<br>c/o Jeffrey P. Orduno<br>McGreevy Williams, P.C.<br>6735 Vistagreen Way<br>Rockford, Illinois 61107-5603 |
| Rigging Services<br>c/o Michael Schultz<br>2902 McFarland Rd Ste 400<br>Rockford, IL 61107-6801 | River Bottom Farms Inc<br>163 Mauck Lane<br>POB 2295<br>Danville, IL 61834-2295 | Rock River Disposal Services<br>4002 S. Main Street<br>Rockford, IL 61102-4664 |
| Rockford Industrial Welding Supply Inc<br>POB 5404<br>Rockford, IL 61125-0404 | Ryan Anderson Trucking Inc.<br>1604 Lorimar Drive<br>Durand, IL 61024-9012 | S.J. Carlson Fire Protection<br>4544 Shepherd Trail<br>Rockford, IL 61103-1238 |

Schirger Monteleone &
Hampilos PC
308 West State St Suite 210
Rockford, IL 61101-1140

Secondary Fiber Pricing.Com
P.O. Box 577
Ogdensburg, NY 13669-0577

State Bank of Davis
c/o Atty Craig Willette
1318 E State St
Rockford, IL 61104-2228

Strategic Materials Inc
16365 Park Ten Place
SU 200
Houston, TX 77084-5060

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Tredroc Tire Services
440 E Rt 173
Antioch, IL 60002-7265

US Bancorp Business Equipment Finance Group
Attn Corporate Atty
1310 Madrid Street, Suite 100
Marshall, MN 56258-4001

United Sanitation Services Inc
6862 Belford Industrial Dr
Belvidere, IL 61008-8710

Veolia ES Orchard Hills Landfill
8290 Highway 251
Davis Junction, IL 61020-9706

Veolia Environmental Service
1660 Hubbard Ave
Batavia, Il 60510-1570

Veolia Environmental Services
8538 Highway 251
Davis Junction, IL 61020-9706

Veolia Environmental Services fka
Onyx Waste Services Inc
c/o RMS BK Recovery Services
POB 5126
Timonium, MD 21094-5126

Village of Pleasant Prairie
c/o Attorney Thomas A. Camilli, Jr.
6301 Green Bay Road
Kenosha, WI 53142-2971

Winnebago Landfill Company LLC
a/k/a Winnebago Reclamation Services
8315 Lindenwood Road
Rockford, IL 61109-5237

Winnebago Landfill Company LLC
a/k/a Winnebago Reclamation Services
Atty Bradley T Koch
800 North Church Street
Rockford IL 61103-6919

Winnebago Reclamation Services
8315 Lindenwood Road
Rockford, IL 61109-5237

Winnebago Reclamation Services
Atty Bradley T Koch
800 North Church St
Rockford IL 61103-6919

X-Pert One Trucking Corp
c/o 1771 Valencia Drive
Rockford, IL 61108-6813

Bernard J. Natale
6833 Stalter Drive, Suite 201
Rockford, IL 61108-2582

David Wiles

George P Hampilos
Schirger, Monteleone, Hampilos
308 West State Street
Suite 210
Rockford, IL 61101-1140

Mike & Donna Nelson
P O Box 305
Winnebago, IL 61088-0305

Mona Sorenson

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Ford Motor Credit Company LLC
P.O. Box 537901
Livonia, MI 48153-7901

Toyota Motor Credit Corporation
19001 S. Western Avenue WF21
Torrance, CA 90501

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ONE SOURCE RECYCLING, INC., | ) | CASE NO. 09-72443 |
| | ) | |
| Debtor. | ) | |

### FINAL APPLICATION FOR AWARD OF
### PROFESSIONAL COMPENSATION AND EXPENSES

NOW COMES STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA ("Applicant"), attorneys for the Official Committee of Unsecured Creditors of ONE SOURCE RECYCLING, INC. (the "Committee"), and for its Final Application for an Award of Professional Compensation and Reimbursement of expenses pursuant to Sections 328, 330, 331, 503(b)(2) and 1103 of the United States Bankruptcy Code, Bankruptcy Rule 2016 and local Bankruptcy Rule 5082-1, states as follows:

### BACKGROUND

1. The Debtor, ONE SOURCE RECYCLING, INC., filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on June 15, 2009.

2. On August 28, 2009, STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA filed a Motion and Application for Employment as Attorneys for the General Unsecured Creditors' Committee, which Application was granted on September 23, 2009.

3. The hourly rates for the attorneys working on this matter to date are as follows: Stephen G. Balsley - $250.00 per hour.

### SERVICES RENDERED FOR COMMITTEE

4. The attorneys for the General Unsecured Creditors' Committee has reviewed the bankruptcy petition and schedules, consulted with the Chairman of the Committee regarding the same, represented the Committee in cash collateral hearings, reviewed

pleadings filed before the Court affecting the administration of the case, reviewed the claim of Republic Services of Wisconsin, LP in connection with pending objection, negotiated with Debtor regarding Plan issues and rendered other services as more fully itemized on the exhibit attached hereto setting forth the hours of service, rate of compensation and services performed, and request final compensation in the sum of $2,375.00.

5. The Chapter 11 Plan of the Debtor has been confirmed.

### PRIOR COMPENSATION

6. This is the Applicant's final fee Application in the case. Four previous Applications for Compensation have been filed with the court. The first Application for Compensation was filed with the Court on November 16, 2009 and said application was approved by the Court on December 10, 2009 in the sum of $3,435.00. The second Application for Compensation was filed with the Court on June 22, 2010 and said application was approved by the Court on July 14, 2010 in the sum of $1,925.00. The third Application for Compensation was filed with the Court on November 18, 2010 and said application was approved by the Court on December 15, 2010 in the sum of $4,475.00. The fourth Application for Compensation was filed with the Court on May 27, 2011 and said application was approved by the Court on June 22, 2011 in the sum of $7,185.75. Total prior compensation is $17,020.75.

6. As of the date of the filing of this Application, the attorney for the General Unsecured Creditors' Committee has received monthly retainer payments totaling $27,475.00. Pursuant to the Court Orders of December 10, 2009, July 14, 2010, December 15, 2010 and June 22, 2011 $17,020.75 has been paid as authorized and the attorney has remaining in the trust account the sum of $10,454.25 which funds have been held in trust.

WHEREFORE, STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA respectfully request the Court enter an Order as follows:

A. Applicant be awarded professional compensation for services rendered from May 25, 2011 through September 6, 2011 in the sum of $2,375.00.

B. The Applicant be allowed to apply monies held as a retainer in its trust fund against the fees allowed by this Court.

C. The Applicant be allowed to refund the unused portion of the retainer in the sum of $8,079.25 to the Debtor.

D. The Court enter such other and further relief as may be appropriate.

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

Law Offices
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP
6833 Stalter Drive, First Floor
Rockford, IL 61108
(815) 962-6611    FAX (815) 962-0687
FEIN 36-2408289

---

ONE SOURCE RECYCLING, INC.
C/O JOHN WILLEY
CORPORATE SERVICES
208 KISHWAUKEE STREET
ROCKFORD IL 61104

PAGE: 1
09/07/2011
ACCOUNT NO: 57315-000Z
STATEMENT NO: 9

RE: GENERAL UNSECURED CREDITORS' COMMITTEE

INTERIM STATEMENT

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/25/2011 | SGB | CONFERENCE WITH ATTORNEY HAMPILOS REGARDING AMENDED COMPLAINT | 250.00 | 0.20 | 50.00 |
| 05/31/2011 | SGB | PHONE CONFERENCE WITH ATTORNEY HAMPILOS AND MR. WILLEY REGARDING AMENDING PLAN TO ADD PAYMENT AND INTEREST | 250.00 | 0.30 | 75.00 |
| 06/01/2011 | SGB | COURT APPEARANCE ON MOTION TO USE CASH COLLATERAL AND STATUS OF AMENDED PLAN AND MOTION OF CREDITOR FOR PAYMENT OF ADMINISTRATIVE CLAIM | 250.00 | 1.00 | 250.00 |
| | SGB | RECEIVE AND REVIEW AMENDED CHAPTER 11 PLAN; REVISE LETTER TO CREDITORS AND CORRESPONDENCE TO CHAIRMAN OF CREDITOR'S COMMITTEE REGARDING SAME | 250.00 | 1.00 | 250.00 |
| 06/08/2011 | SGB | CONFERENCE WITH ATTORNEY KOCH; CORRESPONDENCE TO CREDITORS REGARDING PLAN | 250.00 | 1.00 | 250.00 |
| 06/09/2011 | SGB | RECEIVE AND REVIEW 8TH INTERIM CASH COLLATERAL FROM ATTORNEY CASSEL AND CORRESPONDENCE TO ATTORNEY CASSEL AND ATTORNEY HAMPILOS REGARDING SAME | 250.00 | 0.60 | 150.00 |
| 06/13/2011 | SGB | PHONE CONFERENCE WITH MR. WILLEY REGARDING STATUS | 250.00 | 0.20 | 50.00 |
| 06/16/2011 | SGB | REVIEW COURT DOCKET REGARDING STATUS OF BALLOTS | 250.00 | 0.20 | 50.00 |

Case 09-72443   Doc 306   Filed 10/05/11   Entered 10/05/11 15:41:56   Desc Main
Document      Page 11 of 12

PAGE: 2
09/07/2011
ONE SOURCE RECYCLING, INC.
ACCOUNT NO: 57315-000Z
STATEMENT NO: 9

RE: GENERAL UNSECURED CREDITORS' COMMITTEE

|  |  | Rate |  |  |
|---|---|---|---|---|
| 06/17/2011 SGB | RECEIVE AND REVIEW COPY OF CORPORATE SERVICE BALLOT | 250.00 | 0.10 | 25.00 |
| 06/18/2011 SGB | REVIEW DOCKET REGARDING FURTHER BALLOTS ACCEPTING PLAN; RECEIVE AND REVIEW CORRESPONDENCE FROM ATTORNEY HEEG; CORRESPONDENCE TO ATTORNEY HAMPILOS REGARDING SAME AND CONFIRMATION ORDER FORM+ | 250.00 | 0.30 | 75.00 |
| 06/21/2011 SGB | REVIEW DOCKET REGARDING FURTHER BALLOTS | 250.00 | 0.20 | 50.00 |
| 06/22/2011 SGB | COURT APPEARANCE ON APPLICATION FOR FOURTH INTERIM REQUEST FOR COMPENSATION; CONFERENCE WITH ATTORNEY HAMPILOS REGARDING STATUS OF PLAN ACCEPTANCE AND ADMINISTRATIVE CLAIM OF WILLIAM CHARLES | 250.00 | 1.00 | 250.00 |
| 06/23/2011 SGB | REVIEW UPDATED BALLOTS; REJECTION OF PLAN BY REPUBLIC; RECEIVE COPY OF CORRESPONDENCE FROM ATTORNEY HEEG REGARDING PROVISION IN CONFIRMATION ORDER FOR 25%; CORRESPONDENCE FROM ATTORNEY HAMPILOS REGARDING SAME | 250.00 | 0.30 | 75.00 |
| 07/06/2011 SGB | RECEIVE AND REVIEW ADDITIONAL BALLOTS REGARDING PLAN | 250.00 | 0.20 | 50.00 |
| 07/13/2011 SGB | COURT APPEARANCE ON CONFIRMATION HEARING; CONFERENCE WITH ATTORNEY HAMPILOS; REVIEW PROPOSED ORDER; CONFERENCE WITH VARIOUS CREDITORS' ATTORNEYS; REVIEW BALLOT REPORT | 250.00 | 1.30 | 325.00 |
| 08/18/2011 SGB | RECEIVE AND REVIEW COPY OF PROPOSED SETTLEMENT LETTER AND PHONE CONFERENCE WITH MR. WILLEY REGARDING SAME | 250.00 | 0.30 | 75.00 |
| 08/31/2011 SGB | REVIEW PENDING MOTION REGARDING WILLIAM CHARLES AND CONFERENCE WITH ATTORNEY HAMPILOS | 250.00 | 0.30 | 75.00 |

ONE SOURCE RECYCLING, INC.

PAGE: 3
09/07/2011

ACCOUNT NO: 57315-000Z
STATEMENT NO: 9

RE: GENERAL UNSECURED CREDITORS' COMMITTEE

| Date | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/06/2011 | SGB | PREPARE AND FILE APPLICATION FOR COMPENSATION; SEND NOTICES AND PREPARE PROPOSED ORDER | 250.00 | 1.00 | 250.00 |
| | | FOR CURRENT SERVICES RENDERED | | 9.50 | 2,375.00 |
| | | TOTAL CURRENT WORK | | | 2,375.00 |
| | | BALANCE DUE | | | $2,375.00 |

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT