UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: )  BK No.: 09-72443
ONE SOURCE RECYCLING, INC. )
) Chapter: 13
) Honorable Manuel Barbosa
)
)
Debtor(s) )

## ORDER FOR FINAL APPLICATION AWARDING PROFFESIONAL COMPENSATION AND EXPENSES

THIS MATTER coming on to be heard on the Final Application for Award of Professional Compensation and Expenses filed herein by STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, attorneys for the Official General Unsecured Creditors' Committee, notice having been sent to all parties of interest, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

A. Applicant is awarded for professional compensation for services rendered from May 25, 2011 through September 6, 2011 in the sum of $2,375.00.

B. The Applicant is allowed to apply monies held as a retainer in its trust fund against the fees allowed by this Court.

C. The Applicant is allowed to refund the unused portion of the retainer in the sum of $8,079.25 to the Debtor.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: OCT 26 2011

**Prepared by:**

Stephen G. Balsley
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

Rev: 201100318_bko