IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ONE SOURCE RECYCLING, INC. | ) | CASE NO.  09-72443 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing in said cause will be held in Room 115 Federal Building, 211 South Court Street, Rockford, Illinois 61101, on the **14th day of March, 2012, at 10:30 a.m.** or as soon thereafter as said cause may be heard, before His Honor, Judge Manuel Barbosa, or in his absence, before any other Judge that may be presiding in said Court Room, or before the emergency Judge for the Northern District, to consider and act upon one or more of the following matters:

MOTION FOR ENTRY OF FINAL DECREE

**A copy of which is attached hereto.**  At which time and place you may appear, if you so desire.

Dated:  February 20, 2012

                                     ONE SOURCE RECYCLING, INC., DEBTOR
                                     BY: HAMPILOS & LANGLEY, LTD.

                                   By:     */s/ George P. Hampilos*

George P. Hampilos – 6210622
**HAMPILOS & LANGLEY, LTD.**
308 West State Street, Suite 210
Rockford, IL   61101
Telephone:  815/962-0044

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ONE SOURCE RECYCLING, INC. | ) | CASE NO.  09-72443 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, ONE SOURCE RECYCLING, INC., by and through its attorneys, HAMPILOS & LANGLEY, LTD., and in support of its Motion for Entry of Final Decree, states as follows:

1. The Debtor's Chapter 11 Plan was confirmed by Order entered on July 13, 2011.

2. There has been substantial consummation of the Plan confirmed by the Court.

3. The Debtor has assumed the management of its property, and has commenced distribution under the Plan.

4. All administrative costs have been paid, and it is not anticipated that there will be any further application for administrative expenses.

5. All pending motions, contested matter, fee applications, and adversary proceedings have been resolved.

6. Since confirmation of the Debtor's Plan, substantial payments or full settlements of general unsecured claims have been made by the Debtor, and the Debtor has paid off or substantially reduced several secured claims.

WHEREFORE, the Debtor, ONE SOURCE RECYCLING, INC., respectfully requests this Court grant its Motion for Final Decree by entering a Final Decree in this case.

Dated: February 21, 2012
ONE SOURCE RECYCLING, INC.

By:   */s/ George P. Hampilos*

George P. Hampilos (ARDC #6210622)
HAMPILOS & LANGLEY, LTD.
308 West State Street, Suite 210
Rockford, Illinois 61101
Telephone: 815/962-0044
Facsimile: 815/962-6250

Attorneys for the Debtor-in-Possession

**PROOF OF SERVICE**

      The undersigned, being first duly sworn, states that a copy of the foregoing **NOTICE** was served upon the persons listed below by ECF and/or first class mail, postage prepaid, on the 21st day of February, 2012, at or before the hour of 5:00 p.m.

SEE ATTACHED SERVICE LIST


                                                  /s/ George P. Hampilos


**George P. Hampilos**
**HAMPILOS & LANGLEY, LTD.**
308 West State Street, #210
Rockford, IL   61101
Telephone:  815/962-0044