IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ONE SOURCE RECYCLING, INC. | ) | CASE NO. 09-72443 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### FINAL DECREE

THIS MATTER having come before the Court on the Motion for Entry of Final Decree; all parties in interest having been notice and an opportunity to be heard, and the Court being fully advised of the premises, IT IS HEREBY ORDERED that the Motion for Final Decree is granted, and the case is closed.

Dated: MAR 14 2012

Enter:

_____
U.S. BANKRUPTCY JUDGE

George P. Hampilos – 6210622
Hampilos & Langley, Ltd.
308 West State Street, Suite 210
Rockford, IL  61101
Telephone: 815/962-0044